Opinion issued January 5,
2012.










 

 

 

 

 









 








 

     

 

In The

Court of Appeals

For The

First District of Texas

____________

 

NO. 01-11-00075-CV

____________

 

west airport homeowners association, inc., Appellant

 

V.

 

william castellion,
Appellee

 

 

 



On Appeal from the 157th District Court 

Harris County, Texas

Trial Court Cause No. 2008-70992

 

 

 



MEMORANDUM
OPINION

          This is an
appeal from a judgment signed October 27, 2010.  On October 3, 2011, the parties filed a joint
motion to render judgment effectuating their settlement by vacating the trial
court’s judgment and dismissing the case.  See Tex. R. App. P. 42.1. 

The motion is granted.  We render judgment vacating the trial court’s
judgment and dismissing the case.  See
Tex. R. App. P. 42.1(a)(2), 43.2(e).  We
dismiss any other pending motions as moot.  The Clerk is directed to issue the mandate
within 10 days of the date of this opinion. 
See Tex. R. App. P.
18.1.

                                                PER CURIAM

 

Panel consists of Justices
Keyes, Higley, and Massengale.